## No. 17,617.

ADELINE GILLESPIE LEHMAN, ET AL. *v.*
LOUISE HINDMAN SHAW.
(293 P. [2d] 296)

Decided February 6, 1956.   Rehearing denied February 27, 1956.

Messrs. SUTTON, AMAN & ENOCH, Messrs. RECTOR & KANE, for plaintiffs in error.

Mr. GUY A. HOLLENBECK, Mr. DONALD E. LAMORA, Mr. EUGENE O. PERKINS, for defendant in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.